1 **HANNI M. FAKHOURY**
California Bar No. 252629
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org
5

6 Attorneys for Defendant

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE WILLIAM MCCURINE, JR.)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No. 08MJ0487 |
| 12 | Plaintiff, ) ) | |
| 13 | v. ) ) | **NOTICE OF ATTORNEY APPEARANCE** |
| 14 | ARMANDO SANCHEZ-GONZALEZ, ) ) | |
| 15 | Defendant. ) ) | |
| 16 | _____ ) | |

17 Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

18 M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                                                                  Respectfully submitted,

21

22 Dated: February 26, 2008                          /s/ Hanni M. Fakhoury
                                                                  HANNI M. FAKHOURY
23                                                                  Federal Defenders of San Diego, Inc.
                                                                  e-mail: Hanni_Fakhoury@fd.org
24                                                                  Attorneys for Defendant

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  February 26, 2008          /s/ Hanni M. Fakhoury
                                   HANNI M. FAKHOURY
                                   e-mail: Hanni_Fakhoury@fd.org

2