FILED
MAR 20 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0810-BEN |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ARMANDO SANCHEZ-GONZALEZ, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about 5/1/2004, within the Southern District of California, defendant ARMANDO SANCHEZ-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WDK:mg:San Diego
2/22/08

Count 2

On or about February 19, 2008, within the Southern District of California, defendant ARMANDO SANCHEZ-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney