AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | 08cr0810-BEN |
| ARMANDO SANCHEZ-GONZALEZ | CASE NUMBER: 08mj0487 |

I, <u>ARMANDO SANCHEZ-GONZALEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Armando Sanchez
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER