FILED

MAY 0 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  Criminal Case No. 08CR0810-GT
                                    )  **(Superseding)**
              Plaintiff,            )  I N F O R M A T I O N
                                    )
         v.                         )  Title 8, U.S.C., Sec. 1325 -
                                    )  Illegal Entry (Misdemeanor);
ARMANDO SANCHEZ-GONZALEZ,           )  Title 8, U.S.C., Sec. 1325 -
                                    )  Illegal Entry (Felony)
              Defendant.            )
_____)

The United States Attorney charges:

Count 1

On or about August 1, 2001, within the Southern District of California, defendant ARMANDO SANCHEZ-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WDK:mg(rp):San Diego
4/25/08

<u>Count 2</u>

On or about May 1, 2004, within the Southern District of California, defendant ARMANDO SANCHEZ-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _2 May 2008_ .

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney