AO455 (Rev.5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 0 2 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT ON THE SUPERSEDING INFORMATION |
|---|---|
| vs. | Case No. 08CR0810-GT |
| ARMANDO SANCHEZ-GONZALEZ | |

I, ARMANDO SANCHEZ-GONZALEZ, the above named defendant, who is accused of

8:1325 - ILLEGAL ENTRY (MIS)

8:1325 - ILLEGAL ENTRY (FELONY)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____5/2/08_____ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer